IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | **8:22CV255** |
| vs. | |
| M & J EMPIRE LLC, JAMOL HARRIS, and MATT POORMAN | **ORDER** |
| Defendants. | |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on July 14, 2022. (Filing No. 1). Plaintiff filed a return of service indicating service on Defendants Jamol Harris and Matt Poorman. (Filing Nos. 8 and 10). Thereafter, Plaintiff moved for Clerks Entry of Default on November 8, 2022. (Filing No. 11). Clerks Entry of Default against Defendants Jamol Harris and Matt Poorman was entered in accordance with Federal Rule of Civil Procedure 55(a) on the same day. (Filing No. 12).

Plaintiff has a duty to prosecute the case and may, for example, seek Court's Entry of Default Judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiff shall have until December 28, 2022 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 8th day of December, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge