IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>M & J EMPIRE LLC, JAMOL HARRIS,<br>and MATT POORMAN,<br><br>    Defendants. | 8:22CV255<br><br><br>ORDER |

  This matter is before the Court following a Show Cause Order entered by United States Magistrate Judge Cheryl R. Zwart on October 18, 2022 (Filing No. 9). In that Order, the Court noted that plaintiff had not filed a return of service indicating service on defendant M & J Empire LLC. Plaintiff was given until November 8, 2022, to show cause why its claims against that named defendant should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution. Plaintiff was warned that failure to timely comply with the order may result in dismissal of the action without further notice.

  Despite that warning, plaintiff has not filed proof of service on Defendant M & J Empire LLC or any response to the Court's order and no explanation has been provided for Plaintiff's failure to comply with the Court's order. For these reasons, the Court finds dismissal of the claims against M & J Empire LLC without prejudice is appropriate.

  Accordingly,

  IT IS ORDERED that plaintiff's claims against defendant M & J Empire LLC are dismissed without prejudice for failure to comply with the Court's orders and for want of prosecution.

Dated this 12th day of December 2022.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge