### UNITED STATES DISTRICT COURT
### DISTRICT OF NEBRASKA

JOE HAND PROMOTIONS, INC.,

               Plaintiff,

          - against -

JAMOL HARRIS, et al.,

              Defendants.

CASE NO.: 8:22-cv-00255-RFR-CRZ

### MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff Joe Hand Productions, Inc. ("Plaintiff") by and through its attorneys and respectfully moves this Court, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of Judgment on Default against Defendants Jamol Harris and Matt Poorman because they have failed to answer, plead, or otherwise respond to Plaintiff's complaint.

### EVIDENCE RELIED UPON

This motion is based upon the Declaration of Ryan R. Janis, the Affidavit of Joseph P. Hand, III, the Affidavit of Michael Sciandra, Memorandum of Points and Authorities in support of Plaintiff's Motion for Default Judgment, the proposed order granting judgment on default, the relevant rate cards for the Events, the relevant agreements for the Events, and the pleadings and records on file with the court in this action.

### BACKGROUND AND ARGUMENT

This action involves a claim for damages by Plaintiff Joe Hand Promotions, Inc. against Defendants Jamol Harris and Matt Poorman for misappropriation of the following pay-per-view broadcasts, including all undercard bouts and commentary:

*Manny Pacquiao vs. Keith Thurman* telecast nationwide on July 20, 2019,
*UFC 241: Cormier vs. Miocic 2* telecast nationwide on August 17, 2019,

*Errol Spence Jr. vs. Shawn Porter* telecast nationwide on September 28, 2019,
*Deontay Wilder vs. Luis Ortiz II* telecast nationwide on November 23, 2019,
*Deontay Wilder vs. Tyson Fury II* telecast nationwide on February 22, 2020,
*UFC 251: Usman vs. Masvidal* telecast nationwide on July 11, 2020,
*UFC 252: Miocic vs. Cormier* telecast nationwide on August 15, 2020,
*UFC 253: Adesanya vs. Costa* telecast nationwide on September 26, 2020,
*UFC 254: Khabib vs. Gaethje* telecast nationwide on October 24, 2020,
*Gervonta Davis vs. Leo Santa Cruz* telecast nationwide on October 31, 2020,
*Mike Tyson vs. Roy Jones, Jr.* telecast nationwide on November 28, 2020, and
*Errol Spence Jr. vs. Danny Garcia* telecast nationwide on December 5, 2020,

each in violation of 47 U.S.C. § 605, *et seq.*, and 47 U.S.C. § 553, *et seq.* Plaintiff served the Summons and Complaint upon Defendant Matt Poorman on August 9, 2022 and Defendant Jamol Harris on October 6, 2022. *See* Doc. Nos. 8, 10.

Fed. R. Civ. P. 12(a)(1) provides that a defendant shall provide an answer within twenty-one (21) days of being served with a summons and complaint. Accordingly, Defendant Matt Poorman was required to file an answer no later than August 30, 2022 and Defendant Jamol Harris was required to file an answer no later than October 27, 2022. Defendants failed to appear, answer, or otherwise respond to the Summons and Complaint. Upon the failure of the Defendants to timely file a responsive pleading, a Motion for Entry of Default was filed on November 8, 2022 against Defendants. *See* Doc. No. 11. On November 8, 2022, Default was entered against Defendants Jamol Harris and Matt Poorman. *See* Doc. No. 12. Plaintiff now files the instant Motion for Default Judgment. Accordingly, Plaintiff is entitled to a Judgment on default pursuant to Fed. R. Civ. P. 55(b)(2).

## CONCLUSION

Over 21 days have passed since Defendants were served with the Summons and Complaint. Neither of the Defendants have answered and no counsel has entered an appearance in this Court on either's behalf. Default was entered against Defendants Jamol Harris and Matt Poorman on

November 8, 2022.  Accordingly, the Plaintiff is entitled to a Judgment on Default.  A proposed

Order is attached herewith.


                                              Respectfully submitted,

Dated:  December 27, 2022              By:  /s/ Ryan R. Janis
                                           Ryan R. Janis, Esq.
                                           Jekielek & Janis
                                           203 E. Pennsylvania Blvd.
                                           Feasterville, PA 19053
                                           T: 215-386-4167
                                           F: 267-386-2167
                                           ryan@jj-lawyers.com

                                           Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>                    Plaintiff,<br><br>          - against -<br><br>JAMOL HARRIS, et al.,<br><br>                    Defendants. | CASE NO.: 8:22-cv-00255-RFR-CRZ |

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being filed on the date indicated using the Clerk's CM/ECF System, and a true and correct copy of the foregoing was provided First Class US MAIL, postage prepaid on the parties below:

Matt Poorman                    Jamol Harris
7222 Audrey Street              514 Cordes Drive
Omaha, NE 68138                 Papillion, NE 68046


                                Respectfully submitted,


Dated: December 27, 2022        By: /s/ Ryan R. Janis
                                    Ryan R. Janis, Esq.
                                    Jekielek & Janis
                                    203 E. Pennsylvania Blvd.
                                    Feasterville, PA 19053
                                    T: 215-386-4167
                                    F: 267-386-2167
                                    ryan@jj-lawyers.com

                                    Attorneys for Plaintiff

4