IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | |
| Plaintiff, | 8:22CV255 |
| vs. | |
| JAMOL HARRIS, and MATT POORMAN, | ORDER |
| Defendants. | |

On March 7, 2023, the court set aside the Clerk of Court's entry of default against defendants Matt Poorman and Jamol Harris. ([Filing No. 24](#)). Defendant Matt Poorman filed an answer to the complaint on March 21, 2023. ([Filing No. 25](#)). To date, Defendant Jamol Harris has not filed an answer or other responsive pleading.

Accordingly,

IT IS ORDERED:

1. Defendant Jamol Harris shall file an answer or other responsive pleading on or before April 12, 2023. The failure to timely comply with this order may result in the court entering a default in this action in accordance with the Federal Rules of Civil Procedure.

Dated this 29th day of March, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge