IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JAMOL HARRIS, and MATT POORMAN, <br><br> Defendants. | 8:22CV255 <br><br> ORDER |

Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") filed a notice of settlement indicating that Plaintiff and Defendant Matthew Poorman ("Defendant Poorman") reached a settlement of the claims against Defendant Poorman. Filing No. 56.

Accordingly,

IT IS ORDERED that:

1) On or before April 22, 2024, Plaintiff and Defendant Poorman shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, Plaintiff's claims against Defendant Poorman may be dismissed without further notice.

Dated this 22nd day of March, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge