IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOE HAND PROMOTIONS, INC.,

               Plaintiff,

    vs.

JAMOL HARRIS, and MATT
POORMAN,

               Defendants.

**8:22CV255**


**ORDER**

The court has been advised that the Plaintiff and Defendant Jamol Harris have settled their claims in the above-captioned matter.

Accordingly,

IT IS ORDERED that:

1)     Within thirty (30) calendar days of the date of this order, Plaintiff and Defendant Harris shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2)     Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3)   The clerk shall terminate any pretrial and trial settings and any hearings set for this case.

Dated this 16th day of April, 2024.

BY THE COURT:


*s/ Jacqueline M. DeLuca*

United States Magistrate Judge